IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BENTON G. BASKIN                                                                               PETITIONER
REG. #09794-031

V.                                      NO.2:05CV00237 WRW/JWC

LINDA SANDERS, Warden,                                                                         RESPONDENT
FCI, Forrest City, AR

ORDER

     Petitioner, a federal prisoner proceeding pro se, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus and memorandum of law in support (docket entries #1, #2). Petitioner has failed to submit either the filing fee or an application to proceed in forma pauperis; therefore, the Clerk of the Court is directed to forward to Petitioner an in forma pauperis application. Petitioner is directed to submit either the $5.00 statutory filing fee or to complete and sign the in forma pauperis application (<u>this requires Petitioner to fully answer every question on the application</u>). At Petitioner's request, an authorized official at the Federal Prison Camp is directed to complete and sign the certificate portion of his in forma pauperis application. Petitioner is directed to file either the $5.00 statutory filing fee or the completed in forma pauperis application within thirty (30) days of this order's entry date.

     Petitioner is warned that his failure to make a timely and complete response to this Court's order will result in a recommended dismissal of this action without prejudice.[1] <u>See</u>

---

[1] Petitioner is hereby notified of his responsibility to comply with Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign

Rule 3(a), Rules Governing § 2254 Cases in United States District Courts (habeas petition "shall be accompanied" by filing fee or, if petitioner desires to prosecute the petition in forma pauperis, he "shall file" the necessary affidavits); Rule 1 (permitting district courts to apply § 2254 rules in other habeas actions).

In addition, the memorandum of law in support of the petition was submitted to the Court unsigned and undated. The Clerk of the Court is therefore directed to return page 10 of the memorandum of law in support to Petitioner to sign and date. Petitioner is directed to return same within thirty (30) days of this order's entry date.

IT IS SO ORDERED this 30th day of September, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

---

his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."